1. JUNE 29, 2020
2. COVER PAGE

FILED
IN CLERKS OFFICE
2020 JUL -6 PM 12:43
U.S. DISTRICT COURT
DISTRICT OF MASS.

3. SUBMITTED & FILED BY PAMELLA LAWRENCE-Plaintiff/Victim/Whistleblower
4. **PURSUANT 899 ADMIN.**
5. COMPLAINT FILED 4-27-2015 BEFORE HON. NATHANIEL M. GORTON
6. PURSUANT 899 ADMIN. PROCEDURES ACT/REVIEW OF AGENCY
7. DECISION & REVIEW ORDERS BY FOUR- 9th CIRCUIT JUDGES GRANTED
8. ORDERS TO PLAINTIFF - PRO BONO PROGRAM & MEDIATION ORDER.
9. **Plaintiff Orders by 9th Circuit Judges-Pro Bono Program & Mediation Order**
10. PLAINTIFF UNITED STATES AMERICA, PAMELLA LAWRENCE/
11. RELATOR vs. SONY PICTURES ENTERTAINMENT INC., et al.. SONY
12. COMPUTER ENTERTAINMENT AMERICA INC., et al...
13. PROOF OF SERVICE BY ELECTRONICALLY MAIL DATED 6-29-2020
14. CIVIL COVER SHEET DATED 6-29-2020
15. SUMMONS IN A CIVIL ACTION;
16. COMPLAINT PURSUANT 899 ADMIN. PROCEDURES ACT/ REVIEW OF
17. CRIMINAL ACTION-RELATED LAWSUIT- MOVIES DEATH AT A
18. FUNERAL 2007UK/2010USA CV10-04737SVW-MAN-E dkt161
19. DEFENDANTS ATTORNEY JAMES D. NGUYEN FOR SONY
20. PICTURES & CHRIS ROCK FILED FORGED JUDGMENT WITH THE
21. FORGERY OF A FEDERAL JUDGE'S SIGNATURE & MIS-SPELLED
22. THE JUDGE NAME AND DRAW A LINE TO CONCEALED THE MIS
23. -SPELLED AND THAN RUBBER STAMP THE CORRECT SPELLING
24. NO STATEMENT OF A [JUDGE] ON PAPER-FORGED DOCUMENT
25. REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN
26. SUPPORT –DATED 6-29-2020 ;-SUBMITTED;
27. REQUEST TO PROCEDD IN FORMA PAUPERIS WITH DECLARATION IN
28. SUPPORT - FILED JUNE 25, 2010-GRANTED; dated 3/19/15 & 3/14/16

Pamella Lawrence- Plaintiff Pro Per
Register Copyrights 1995-TXu698-940 / PA0001713924 (Book/DVD-Videodisc)

-4-

1. 9th CIRCUIT COURT ORDER by CIRCUIT JUDGESTHOMAS and MURGUIA
2. 9th CIRCUIT COURT ORDER by CIRCUIT JUDGES LEAVY and McKEOWN
3. 6/18/12 ASSIGNED CASE CV10-04737SVW-Ex to PRO BONO PROGRAM;
4. 9th CIRCUIT COURT- MEDIATION ORDER DATED -11-29-2012
5. CV16-02197 JFW-AS-E related 9th Cir.#16-56129
6. [PROPOSED] ORDER REQUESTING MANDATORY MEDIATION /ADR
7. TEMPORARY PROTECTIVE ORDER;
8. EX-PARTE TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT
9. OF ATTACHMENT
10. ORDER WITH THE HONORABLE DICKRAN M. TEVRIZIAN (Ret)2007
11. RELATED ORDER DATED 6-29-00-JAMS 555 W5th St. 32nd Fl. LA,CA90013
12. COPY OF COMPLAINT FILED 11-29-2016
13. FILED IN CAMERA BEFORE THE HON. NATHANIEL M. GORTON
14. RESPECTFULLY SUBMITTED;
15. PAMELLA LAWRENCE-PRO PER
16. RELATOR/ PAMELLA LAWRENCE -Plaintiff/Victim/Whistleblower
17. ELECTRONICALLY FILED IN CAMERA BEFORE HON. GORTON
18.
19.
20. CV00-05671 DT-AJW related#BC229032
21. CV10-04737 SVW-MAN-E related 9th Cir.#11-56463
22. CV15-01378 AB-MRW-E related 9th Cir.#15-56058
23. CV16-02197 JFW-AS-E related 9th Cir.#16-56129
24. CC: Requesting Criminal Crimes outline to be reported to
25. 
26. U.S. ATTORNEY- ANDREW L. LELLING- MASSACHUSETTS
27. JAMES D. NGUYEN-SBN#179370 has a history of stealing
28. United States Intellectual Properties by acting fraudulent

as a Judge and Forged Federal Judge Signature and

Blatantly Mis-Spelled the Judge name.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | |
| Defendant(s). | **ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

☐ **ADR PROCEDURE NO. 1:** (☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐ **ADR PROCEDURE NO. 2:** This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐ **ADR PROCEDURE NO. 3 :** (Private mediation).

The ADR proceeding is to be completed no later than: _____

The Court further sets a status conference for: _____

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: _____        _____
                                      United States District Judge/Magistrate Judge